UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20064-CR-SEITZ

UNITED STATES OF AMERICA,

v.

KEVIN EUGENE MANGHAM,
_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on Defendant's Objections to the Report and Recommendation (R&R) of the Honorable John J. O'Sullivan which recommends that the Defendant's Motion to Suppress Statements be denied. The Court has reviewed Judge O'Sullivan's R&R, objections, the motion, response, and the transcript of the suppression hearing. The thrust of Defendant's motion is that he was coerced because there was a threat to his children. However, there was no evidence submitted to support this theory. The Court finds the factual findings are not clearly erroneous (in fact, they are amply supported by the record), and the legal conclusions reflect proper application of the law. Therefore, it is

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge O'Sullivan be RATIFIED, AFFIRMED, and made the Order of the District Court, as follows:

Defendant Mangham's Motion to Suppress Statements [DE 17] is DENIED.

DONE AND ORDERED in Miami, Florida this _19_ day of May, 2009.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable John J. O'Sullivan
All Counsel of Record