UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20064-CR-SEITZ

UNITED STATES OF AMERICA,

v.

KEVIN MANGHAM,
_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) [DE 89] of the Honorable Peter R. Palermo recommending that the CJA Voucher of Joaquin Mendez, Esq. for fees and expenses be reduced from $13,315.67 to a total of $13,139.67. The Court has reviewed Judge Palermo's R&R and Mr. Mendez's Response to the R&R [DE 90] indicating he has no objection to the R&R. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge Palermo be AFFIRMED, and made the Order of the District Court, as follows: Mr. Mendez shall be paid **$13,139.67** as fair compensation for his work on this case.

DONE AND ORDERED in Miami, Florida this 17 day of December, 2009.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Peter R. Palermo
Joaquin Mendez, Esq.
Lucy Lara, CJA Administrator